PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | The Honorable Bernard Zimmerman<br>U.S. Magistrate Judge | RE: | MARIO BARRAGAN |
| FROM: | Roy Saenz, Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | 3:06-cr-00734-SI-3 |
| DATE: | January 24, 2012 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| Kenneth J. Gibson | 415-436-7513 |
|---|---|
| U.S. PRETRIAL SERVICES OFFICER | TELEPHONE NUMBER |

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☑ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __C__ on __Feb 8__ at __1:30 pm__.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____     24 Jan 2012
JUDICIAL OFFICER                  DATE

Cover Sheet (02/07/2011)