| | |
|---|---|
| 1 | DORON WEINBERG (SBN 46131) |
| | LAW OFFICES OF DORON WEINBERG |
| 2 | 523 Octavia Street |
| | San Francisco, CA 94102 |
| 3 | Telephone (415) 431-3472 |
| | Facsimile  (415) 552-2703 |
| 4 | doronweinberg@aol.com |
| 5 | Attorneys for Defendant |
| | MARIO BARRAGAN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-0734-3 SI (BZ) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND (PROPOSED) ORDER** |
| | ) | **MODIFYING CONDITIONS OF PRETRIAL** |
| v. | ) | **RELEASE FOR DEFENDANT MARIO** |
| | ) | **BARRAGAN** |
| GABRIEL BARRAGAN,. | ) | |
| CHRISTIAN BARRAGAN, and | ) | |
| MARIO BARRAGAN, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between Plaintiff United States of America, through its counsel, Assistant United States Attorney Matthew McCarthy, and Defendant Mario Barragan through his attorney, Doron Weinberg, that the conditions of Defendant Mario Barragan's pretrial release are modified to strike the condition imposing a 10:00 p.m. to

///

///

///

///

---

Stipulation to Continue Hearing and Exclude Time
[Proposed] Order (*United States v. Barragan* [CR 06 - 0734 VRW])

1

Courtesy Copy

6:00 a.m. curfew on Defendant. The modification is made with the concurrence of Defendant's United States Pretrial Services Officer Kenneth J. Gibson.

**IT IS SO STIPULATED.**

                                    MELINDA HAAG
                                    United States Attorney
                                    TIMOTHY J. LUCEY
                                    Assistant United States Attorney

Dated: March 28, 2012        By: /s/ Matthew McCarthy
                                    MATTHEW McCARTHY
                                    Assistant United States Attorney

Dated: March 28, 2012        /s/ Doron Weinberg
                                    DORON WEINBERG
                                    Attorney for Defendant
                                    MARIO BARRAGAN

**IT IS SO ORDERED.**

Dated: 3 April 12

                                    HONORABLE BERNARD ZIMMERMAN
                                    Magistrate Judge, United States District Court